No. 03–651. GRAVANO *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 03–687. R. J. REYNOLDS TOBACCO CO. *v.* KENYON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KENYON. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–730. SHARPE *v.* ROMAN CATHOLIC DIOCESE OF DALLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–736. GOVERNMENT OF THE VIRGIN ISLANDS *v.* RIVERA. C. A. 3d Cir. Certiorari denied.

No. 03–742. FRUGE ET AL., INDIVIDUALLY AND ON BEHALF OF FRUGE ET AL. *v.* ANADARKO PETROLEUM CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–743. FINKELSTEIN *v.* CITY OF TUCSON, ARIZONA, ET AL. Ct. App. Ariz. Certiorari denied.

No. 03–745. HOLCOMB, FKA FORD *v.* FORD. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–749. SIEMON-NETTO ET AL. *v.* ROSE ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–754. MAJORS *v.* HARDWICK ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–757. MCKEEL ET AL. *v.* COLORADO. C. A. 10th Cir. Certiorari denied.

No. 03–760. JOHNSON *v.* COURT OF APPEAL OF CALIFORNIA, SIXTH APPELLATE DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–780. JONES ET AL. *v.* ALCOA INC. C. A. 5th Cir. Certiorari denied.

No. 03–789. PEPPERS *v.* DEPARTMENT OF THE ARMY ET AL. C. A. 7th Cir. Certiorari denied.